UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 2022-22 |
| v. | SECTION: H (1) |
| LARRY PICOU | |

# ORDER

Considering the foregoing unopposed motion;

**IT IS ORDERED** that the sentencing hearing date, which is presently scheduled on March 22, 2023 at 9:30 a.m., is hereby continued to May 24, 2023 at 9:30am.

**IT IS FURTHER ORDERED** that defendant Larry Picou, through counsel, shall file any objections to the Presentence Report no later than April 17, 2023.

New Orleans, Louisiana this 9th day of March 2023.

_____
HONORABLE JANE TRICHE-MILAZZO
UNITED STATES DISTRICT JUDGE

1