**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                              CRIMINAL NO. 22-22

VERSUS                                                              SECTION "H"(3)

LARRY MARTIN PICOU                                      VIOLATION:    18:371, 18:1341, & 2


<u>RE-NOTICE OF SENTENCING</u> (from 3/22/2023)

Take Notice that this criminal case has been RESET for a SENTENCING as to defendant Larry Martin Picou, on **May 24, 2023 at 9:30 am**, before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C224, 500 Poydras Street, New Orleans, LA 70130.
**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**\*\*

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**


DATE: March 13, 2023                              CAROL L. MICHEL, Clerk of Court

TO:                                                              by:    **Courtney Ancar for Sherry Adams**
                                                                            **Case Manager**

**Larry Martin Picou (On Bond)**
<u>Counsel for Defendant:</u>                          AUSA:
Stephen H. Shapiro                                      MARIA M. CARBONI
steve@shapirolaw-nola.com                       BRANDON LONG
                                                                    BRIAN M. KLEBBA
                                                                    EDWARD J. RIVERA

                                                                    U.S. Marshal

                                                                    U.S. Probation Office - U.S. Pretrial Services

                                                                    FOREIGN LANGUAGE INTERPRETER:

                                                                     <u>  NONE </u>