UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 2022-22 |
| v. | |
| JOSEPH BREWTON, ET AL. | SECTION: H(1) |

# ORDER

Considering the foregoing unopposed motion;

**IT IS ORDERED** defendant Larry Picou shall file a Sentencing Memorandum and Motion for Downward Variance no later than Monday, May 22, 2023.

New Orleans, Louisiana this 22nd day of May, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE