MINUTE ENTRY
MILAZZO, J.
MAY 24, 2023

JS-10 00:17

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 22-22 |
| LARRY MARTIN PICOU | SECTION "H" |

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER:     Sherry Adams
COURT REPORTER:   Alexis Vice
LAW CLERK:        Kennedy Beal

APPEARANCES:   Maria M. Carboni for Government
               Stephen H. Shapiro, for Defendant
               Larry Martin Picou, Defendant
               Shalita Morgan, U.S. Probation Officer

Court begins at 10:07 a.m.
Counsel appear for the record.
On September 28, 2022, defendant entered into a guilty plea as to Count 1 of the Indictment.
Defendant and his counsel addressed the Court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Indictment.
On oral motion of the United States, Counts 5-6 of the Indictment are dismissed as to Larry Martin Picou.
Restitution Ordered.
See Judgment and Commitment Order.
Defendant released.
Court adjourned at 10:24 a.m.