UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 22-22 |
| v. | |
| LARRY PICOU | SECTION: H(1) |

## ORDER

Considering the foregoing motion (R. Doc. 349);

**IT IS ORDERED** that Stephen H. Shapiro is hereby withdrawn as counsel of record for defendant Larry Picou.

New Orleans, Louisiana this 13th day of June, 2023.

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE