# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| **vs** | )     **22-22 H** |
| **BREWTON, et al.,** | ) |
| **Defendant** | )     **ORDER APPOINTING COUNSEL** |

_____     _____

The individual named below has been subpoenaed to testify at trial in Criminal Case No. 24-105 "D" regarding facts relating to their guilty plea in the above-captioned case. This individual was previously represented by Federal Public Defenders or by attorneys appointed under the Criminal Justice Act. The individual, having satisfied this Court that they were (1) financially unable to employ counsel and (2) did not wish to waive counsel, and, because the interests of justice so require;

IT IS ORDERED that STEVEN SHAPIRO is re-appointed to represent LARRY PICOU. If Mr. Shapiro is unable or unwilling, the Federal Public Defender is to appoint an alternative counsel from the CJA list for the purposes of responding to this trial subpoena, attached hereto.

The Court takes judicial notice of the previous financial affidavit for the limited purpose of this appointment. However, defense counsel is to advise the Court promptly if the defendant's financial situation has materially improved since the Affidavit was prepared.

New Orleans, Louisiana, this 11th day of February, 2026.

_____
JANIS VAN MEERVELD
UNITED STATES MAGISTRATE JUDGE